USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAVE BULK TRANSPORT LTD.,

                    Plaintiff,              08 Civ. 1077 (JGK)

        - against -                         ORDER

FIVE OCEAN CORPORATION, et al.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **September 18, 2008 at**

4:30 p.m.


SO ORDERED.

Dated:    New York, New York
          May 20, 2008

                                    _____
                                           John G. Koeltl
                                    United States District Judge