UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRAVE BULK TRANSPORT LTD.,

        Plaintiff,

   - against -

FIVE OCEAN CORPORATION and
TRANFOS CORPORATION,

        Defendants.
------------------------------------------------------------X

08 Civ. 1077 (JGK)
ECF CASE

NOTICE OF
VOLUNTARY
DISMISSAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

PLEASE TAKE NOTICE, there having been no appearance from the Defendants, that the above-captioned matter be and hereby is voluntarily dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attached funds of Defendant restrained in the District are to be released pursuant to separate written instructions that will be furnished to the garnishee bank(s).

Dated: July 11, 2008
   Southport, CT

            The Plaintiff,
            BRAVE BULK TRANSPORT LTD.

            By: _____
            Patrick F. Lennon
            Coleen A. McEvoy
            LENNON, MURPHY & LENNON, LLC
            420 Lexington Ave., Suite 300
            New York, NY 10170
            pfl@lenmur.com
            cam@lenmur.com
            (212) 490-6050

SO ORDERED:
_____
Hon. John G. Koeltl
United States District Judge
7/11/08